FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2021

No. 04-20-00526-CV

Patrick **MINOR**,
Appellant

v.

**DIVERSE FACILITY SOLUTIONS**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-00808
Honorable Aaron Haas, Judge Presiding

# O R D E R

Appellant's brief was due on December 2, 2020. Neither the brief nor a motion for extension of time has been filed. On December 23, 2020, this court notified appellant that his brief had not been filed and we directed him to respond within ten days with a reasonable explanation for his failure to file a brief. Appellant did not respond.

We ORDER appellant to file, **no later than January 22, 2021**, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to file a brief and the written response by January 22, 2021, his appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with a court order).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2021.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court